# EXHIBIT A

Movie: Once Upon a Time in Venice
File Name: Once.Upon.a.Time.in.Venice.2017.1080p.WEB-DL.DD5.1.H264-FGT
File Hash: SHA1: 87613C90F985DC3142D60FBEA0BAF966F3D53A2A

| No | IP | Port | Hit Date UTC | ISP | Region |
|---|---|---|---|---|---|
| 1 | 24.187.92.79 | 50321 | 2017-06-20 21:18:06 | Optimum Online | New York |
| 2 | 68.194.26.241 | 18900 | 2017-06-16 20:55:55 | Optimum Online | New York |
| 3 | 68.173.49.86 | 39572 | 2017-06-19 03:41:26 | Time Warner Cable | New York |
| 4 | 67.245.113.186 | 54056 | 2017-06-17 21:11:51 | Time Warner Cable | New York |
| 5 | 71.183.220.6 | 28449 | 2017-06-17 21:17:27 | Verizon Fios | New York |
| 6 | 100.2.201.119 | 59298 | 2017-06-22 10:34:44 | Verizon Fios | New York |
| 7 | 71.183.245.216 | 50322 | 2017-06-18 05:40:12 | Verizon Fios | New York |
| 8 | 100.38.156.77 | 50321 | 2017-06-17 16:01:58 | Verizon Fios | New York |
| 9 | 67.244.79.59 | 51413 | 2017-06-25 19:31:02 | Time Warner Cable | New York |
| 10 | 68.173.187.18 | 56589 | 2017-06-22 08:02:48 | Time Warner Cable | New York |
| 11 | 74.66.93.89 | 56511 | 2017-06-21 21:14:00 | Time Warner Cable | New York |
| 12 | 24.103.1.180 | 19649 | 2017-06-24 20:47:05 | Time Warner Cable | New York |
| 13 | 208.105.88.58 | 34794 | 2017-06-18 16:23:38 | Time Warner Cable | New York |
| 14 | 68.174.67.240 | 46313 | 2017-06-17 10:23:28 | Time Warner Cable | New York |
| 15 | 158.222.207.188 | 8500 | 2017-06-16 10:18:42 | Time Warner Cable | New York |