USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/27/17

Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DEMATTEO LAW, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Venice PI, LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENICE PI, LLC.<br><br>*Plaintiff*,<br><br>v.<br><br>DOE—24.187.92.79, DOE—68.194.26.241, DOE—68.173.49.86, DOE—67.245.113.186, DOE—71.183.220.6, DOE—100.2.201.119, DOE—71.183.245.216, DOE—100.38.156.77, DOE—67.244.79.59, DOE—68.173.187.18, DOE—74.66.93.89, DOE—24.103.1.180, DOE—208.105.88.58, DOE—68.174.67.240, and DOE—158.222.207.188,<br><br>*Defendants*. | Civil A. No. 1:17-cv-04904-ALC-BCM<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed with prejudice as to defendant DOE—74.66.93.89 only, as the parties have settled.

DATED: December 22, 2017

Respectfully submitted,

DEMATTEO LAW, PLLC

_____
Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
830 Third Avenue, 5th Floor
New York, NY 10022

Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Venice PI, LLC*

SO ORDERED:

_____
U.S.D.J.
12/27/17