USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/3/18

Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DEMATTEO LAW, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Venice PI, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENICE PI, LLC. <br><br> *Plaintiff*, <br><br> v. <br><br> DOE—24.187.92.79, DOE—68.194.26.241, DOE—68.173.49.86, DOE—67.245.113.186, DOE—71.183.220.6, DOE—100.2.201.119, DOE—71.183.245.216, DOE—100.38.156.77, DOE—67.244.79.59, DOE—68.173.187.18, DOE—74.66.93.89, DOE—24.103.1.180, DOE—208.105.88.58, DOE—68.174.67.240, and DOE—158.222.207.188, <br><br> *Defendants*. | Civil A. No. 1:17-cv-04904-ALC-BCM <br><br> **NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed without prejudice as to defendant DOE—68.173.49.86 only. The subscriber associated with IP address 68.173.49.86 contacted counsel for Plaintiff to discuss the case. The subscriber informed Plaintiff that she removed a password requirement from her cable modem/router to allow guests easy access to her Internet services. The subscriber has since re-secured her modem/router with a password. Plaintiff's investigator has been unable to detect any further infringing activity associated with the subscriber's IP address. The infringer is likely an

individual living within the vicinity of the subscriber who gained unauthorized access to the subscriber's modem/router. Despite diligent effort, neither the subscriber nor Plaintiff has been able to uncover the identity of the infringer.

DATED: December 31, 2017

Respectfully submitted,

DeMatteo Law, PLLC

_____
Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Venice PI, LLC*

**SO ORDERED:**

_____
U.S.D.J.   1/3/18