USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 2/26/18

Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DeMatteo Law, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Venice PI, LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENICE PI, LLC. <br><br> *Plaintiff,* <br><br> v. <br><br> DOE—24.187.92.79, DOE—68.194.26.241, DOE—68.173.49.86, DOE—67.245.113.186, DOE—71.183.220.6, DOE—100.2.201.119, DOE—71.183.245.216, DOE—100.38.156.77, DOE—67.244.79.59, DOE—68.173.187.18, DOE—74.66.93.89, DOE—24.103.1.180, DOE—208.105.88.58, DOE—68.174.67.240, and DOE—158.222.207.188, <br><br> *Defendants.* | Civil A. No. 1:17-cv-04904-ALC-BCM <br><br> **NOTICE DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed without prejudice as to all remaining defendants. Plaintiff wishes to dismiss this case due in part to its current consideration of significant changes and improvements to its anti-piracy campaign and related efforts.

DATED: February 26, 2018

Respectfully submitted,

DeMatteo Law, PLLC

_____
Bryan N. DeMatteo (BD 3557)

**SO ORDERED:**

*[signature]*
**U.S.D.J.**  2/26/18

1
DeMatteo Law, PLLC
www.demfirm.com

bryan@demfirm.com  
830 Third Avenue, 5th Floor  
New York, NY 10022  
Tel.: (866) 645-4169  
Fax: (732) 301-9202  
*Attorneys for Plaintiff*  
*Venice PI, LLC*